# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  17-10057-EFM |
| ) | |
| **CAROLS FRANCISCO MARTIN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER REVOKING BOND AND ORDERING DETENTION

On July 7, 2017, a hearing was conducted in accordance with the Bail Reform Act, 18 U.S.C. §3142(f) on the Petition for Action on Conditions of Pretrial Release.  The Government appeared by and through Tony Mattivi, Assistant United States Attorney.  The Defendant, Carlos Francisco Martin, appeared in person and through appointed counsel, Chrystal Krier Assistant Federal Defendant (appearing for David Freund, Assistant Federal Defender).

The Petition alleges that the Defendant violated the terms of his bond by being arrested for driving under the influence, possession of unlawful drugs, and bing a minor in possession of alcohol. The Defendant does not contest these claimed violations, and concedes the issue of detention.

The Court finds that the Defendant has violated his bond as alleged in the Petition.  The Court has also considered the Defendant's criminal history as summarized in the Pretrial Services Report, and the nature of the currently charged offenses.  The Court hereby revokes the Defendant's bond. The Court finds by clear and convincing evidence that there are no conditions which can reasonably assure the safety of the community, and by a preponderance of the evidence that the Defendant is a flight risk and unlikely to comply with bond conditions.  The Defendant is ordered detained until further order of the Court.

Defendant is advised of his right to seek a review and appeal of this order of detention pursuant to 18 U.S.C. § 3145(b).

IT IS THEREFORE ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated at Wichita, Kansas, this 7th day of July, 2017.

   s/ KENNETH G. GALE
KENNETH G. GALE
United States Magistrate Judge